■ ARNOLD SCHILDHAUS v. CITY OF NEW YORK.— Cross appeal from judgment of the Supreme Court, New York County, entered October 21, 1957, dismissed, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ CARROLL HAYES v. CITY OF NEW YORK.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ FEDERAL INSURANCE COMPANY v. MALCOLM T. RYAN.— Motion for stay denied and the stay contained in the order to show cause, dated December 24, 1959, is vacated. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

## (January 18, 1960)

■ In the Matter of the Arbitration between PUBLISHERS ASSOCIATION OF NEW YORK CITY and NEW YORK STEREOTYPERS' UNION NUMBER ONE.— Motion to dismiss appeal granted, with $10 costs, unless the appeal is argued or submitted on January 19, 1960. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ BALKAN DEMOLITION CO., INC., v. YORKSHIRE INSURANCE COMPANY OF NEW YORK.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the appellant's points to be served and filed on or before February 2, 1960, with notice of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

## (January 19, 1960)

■ In the Matter of SAUL YELLIN et al., as Officers and Members of the Executive Board of the Amalgamated Union Local 5, U.A.W. AMALGAMATED UNION LOCAL 5, U.A.W., et al., Appellants; HELEN SCHAEFER, Respondent.— Order unanimously reversed and the application denied, on the law and on the facts, and in the exercise of discretion, without costs and without prejudice to the renewal of the application after the disposition of the plenary action entitled " Saul Yellin, as President, etc. v. Helen Schaefer ". The order of contempt which is the subject of this appeal was filed after this court announced, published, and communicated its decision to stay any proceedings on the original order upon which the alleged contempt is based. This was in connection with the appeal from such original order. Accordingly, the court does not pass upon some of the other questions raised upon the appeal, namely, whether the amount of the fines was authorized (Judiciary Law, §§ 751, 773), and whether there is a sufficient specification of the source of the $5,000 deposit directed to be made or of the payee of the fines imposed. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.